IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3003 |
| vs. | FINAL ORDER OF FORFEITURE |
| ALBERT H. HINES, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 55).

On May 13, 2015, the Court entered a Preliminary Order of Forfeiture (filing 40) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to receipt and distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), and his admission of the forfeiture allegation contained in the indictment. Filings 33 and 38. By way of the Preliminary Order of Forfeiture, the defendant's interest in an LG Cell Phone, MEID A00000344BAOD7; a Toshiba Satellite laptop computer, Serial #7D 184852Q; a Maxell 4GB thumb drive; and a Seagate 320GB external hard drive, Serial #NA03544F was forfeited to the plaintiff. Filing 40.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on September 16, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 54) was filed on November 16, 2015. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 55) is granted.

2. All right, title, and interest in and to the LG Cell Phone, MEID A00000344BAOD7; Toshiba Satellite laptop computer, Serial #7D 184852Q; Maxell 4GB thumb drive; and Seagate 320GB external hard drive, Serial

#NA03544F; held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 19th day of November, 2015.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge